**Rickey LEE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50567.**

Missouri Court of Appeals,
Western District.

Oct. 24, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 5, 1995.

Application to Transfer Denied
Jan. 23, 1996.

---

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Rickey Lee appeals the denial of his Rule 24.035 motion for post-conviction relief. He asserts that his guilty pleas to charges of murder in the second degree and armed criminal action were involuntary and the court did not have a sufficient basis in fact to find him guilty. We disagree and affirm. Discerning no jurisprudential value to publishing an opinion, we issue this summary order. Rule 84.16(b).